UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MULTIPLE LISTING SERVICE,<br><br>Defendant. | Case No. 2:25-cv-00766<br><br>[PROPOSED] ORDER GRANTING DEFENDANT NORTHWEST MULTIPLE LISTING SERVICE'S MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY |

THIS MATTER comes before the Court on Defendant Northwest Multiple Listing Service's ("NWMLS") Motion for Protective Order to Stay Discovery (the "Motion"). The Court has considered the Motion; the Declaration of Christopher R. Osborn filed in support of the Motion and the exhibits thereto; any response to the Motion filed by Plaintiffs Compass, Inc. and Compass Washington, LLC; any reply in support of the Motion filed by NWMLS; and the relevant record. In addition, the Court heard argument of counsel on the Motion.

Having considered the foregoing and being fully advised in the premises, the Court hereby ORDERS as follows:

1. The Motion is GRANTED;

2. Discovery in this matter is hereby STAYED pending the Court's ruling on NWMLS's Rule 12(b)(6) Motion to Dismiss, Dkt. 27.

ORDER GRANTING MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY - 1

DATED this ____ day of _____, 2025.

_____
The Honorable Jamal N. Whitehead

Presented by:

STOEL RIVES LLP

*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
Christopher R. Osborn, WSBA No. 13608
Harrison L. Owens, WSBA No. 51577
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Email: vanessa.power@stoel.com
Email: chris.osborn@stoel.com
Email: harrison.owens@stoel.com

Claude Szyfer (*pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Telephone: 212-918-3000
Email: claude.szyfer@hoganlovells.com

Liam Phibbs (*pro hac vice*)
Hogan Lovells US LLP
Columbia Square
555 Thirteenth St. NW
Washington, DC 20004-1109
Telephone: 202-637-5600
Email: liam.phibbs@hoganlovells.com

*Attorneys for Defendant Northwest Multiple Listing Service*

ORDER GRANTING MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY - 2