HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MULTIPLE LISTING SERVICE,<br><br>Defendant. | Case No. 2:25-cv-00766-JNW<br><br>SUPPLEMENTAL DECLARATION OF CHRISTOPHER R. OSBORN IN SUPPORT OF DEFENDANT NORTHWEST MULTIPLE LISTING SERVICE'S MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY |

I, Christopher R. Osborn, certify and state as follows:

1.  I am an attorney practicing at Stoel Rives LLP in Seattle, Washington, and am counsel of record for Defendant Northwest Multiple Listing Service ("NWMLS") in this matter. I am over the age of 18 and have personal knowledge of the facts set forth in this declaration.

2.  On July 24, 2025, briefing on NWMLS's Motion for Protective Order to Stay Discovery closed. *See* Dkt. 29, 35.

3.  On July 25, 2025, at 7:12 a.m. PT, Plaintiffs Compass, Inc. and Compass Washington, LLC (collectively, "Compass"), through counsel, emailed counsel for NWMLS: (1) Compass's Second Set of Requests for Production to NWMLS, and (2) a Notice of Intent to Issue Subpoena to Produce Documents to non-party Windermere Real Estate Services Company

SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY - 1
(Case No. 2:25-CV-00766-JNW)

1  (collectively, the "Additional Discovery"). True and correct copies of the Additional Discovery
2  are attached as **Exhibit A** and **Exhibit B**.

3      4.    NWMLS submits this supplemental declaration to complete the record applicable
4  to its pending Motion for Protective Order to Stay Discovery, as the Additional Discovery was
5  provided immediately after briefing on the motion had been completed, and it is NWMLS's
6  position that the Additional Discovery is subject to the relief requested under the pending motion.

7      I declare under penalty of perjury that the foregoing is true and correct to the best of my
8  knowledge.

9      DATED: August 1, 2025.

    *s/ Christopher R. Osborn*
    Christopher R. Osborn, WSBA No. 13608
    Stoel Rives LLP

SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE
ORDER TO STAY DISCOVERY - 2
(Case No. 2:25-CV-00766-JNW)

129779962.3 0068832-00015 Include Draft

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

# CERTIFICATE OF SERVICE

I, John Bullinger, certify that I am a Practice Assistant of the law firm Stoel Rives LLP, a resident of the state of Washington, over the age of 18 years, not a party to these proceedings or interested herein, and am competent to serve as a witness herein.  My business address is that of Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, WA 98101.

On August 1, 2025, I caused a true and correct copy of the forgoing document to be served upon the following parties as below:

| | |
|---|---|
| Christopher R Durbin, WSBA No. 41159<br>COOLEY LLP<br>1700 Seventh A venue, Suite 1900<br>Seattle, WA 98101<br>Telephone: (206) 452-8700<br>Fax: (206) 452-8800<br><br>Ethan Glass (*Pro Hac Vice*)<br>Georgina Inglis (*Pro Hac Vice*)<br>COOLEY LLP<br>1299 Pennsylvania A venue, Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Fax: (202) 842-7899<br><br>Sarah M. Topol (*Pro Hac Vice*)<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6000<br>Fax: (212) 479-6275 | ☑  Via USPS First Class Mail<br>☐  Via legal messenger<br>☐  eFiling/eService<br>☑  Via email:<br>     cdurbin@cooley.com<br>     eglass@cooley.com<br>     ginglis@cooley.com<br>     stopol@cooley.com<br><br>*Attorneys for Plaintiffs Compass, Inc. and Compass Washington, LLC* |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct.

DATED at Seattle, Washington, this 1st day of August, 2025.

> *s/ John Bullinger*
> John Bullinger, Legal Practice Assistant
> Stoel Rives LLP

SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY - 3
(Case No. 2:25-CV-00766-JNW)