The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWEST MULTIPLE LISTING SERVICE, <br><br> Defendant. | Case No. 2:25-cv-00766-JNW <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> **(CLERK'S ACTION REQUIRED)** |

TO:     THE CLERK OF THE COURT;

AND TO:     ALL PARTIES AND COUNSEL OF RECORD.

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 83.2(b), Plaintiffs Compass, Inc. and Compass Washington, LLC files this Notice of Withdrawal and hereby notifies the Court and all parties that Samantha A. Strauss, *pro hac vice*, for the law firm Cooley LLP, 110 North Wacker Drive, Suite 4200, Chicago, IL 60606, is withdrawn as counsel of record as Ms. Strauss is no longer employed at Cooley LLP.

Plaintiffs Compass, Inc. and Compass Washington, LLC will continue to be represented by Christopher B. Durbin, Ethan Glass, Georgina Inglis, Sarah M. Topol, and Alessandra V. Rafalson of Cooley LLP. Remaining counsel of record have signed this notice to confirm their

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 2:25-cv-00766-JNW

COOLEY LLP
1700 Seventh Avenue Suite 1900
Seattle, Washington 98101
+1 206 206 452 8700

representation of Plaintiffs in this matter. Further pleadings, discovery, correspondence, and other materials should be directed to Christopher Durbin at the address set forth below.

Dated: August 11, 2025

*s/Christopher B. Durbin*
Christopher B. Durbin (41159)
COOLEY LLP
1700 Seventh Avenue
Suite 1900
Seattle, WA  98101
Telephone: +1 206 452 8700
Fax: +1 206 452 8800
Email: cdurbin@cooley.com

Ethan Glass (*Pro Hac Vice*)
Georgina Inglis (*Pro Hac Vice*)
COOLEY LLP
1299 Pennsylvania Avenue
Suite 700
Washington, DC  20004
Telephone: +1 202 842 7800
Fax: +1 202 842 7899
Email: eglass@cooley.com
Email: ginglis@cooley.com

Sarah M. Topol (*Pro Hac Vice*)
Alessandra V. Rafalson (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, NY  10001
Telephone: +1 212 479 6000
Fax: +1 212 479 6275
Email: stopol@cooley.com

*Attorneys for Plaintiffs Compass, Inc. and Compass Washington, LLC*

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 2:25-cv-00766-JNW

- 2 -

COOLEY LLP
1700 Seventh Avenue Suite 1900
Seattle, Washington  98101
+1 206 206 452 8700