1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

COMPASS, INC. AND COMPASS
WASHINGTON, LLC ,

9                          Plaintiffs,

10           v.

11   NORTHWEST MULTIPLE LISTING
     SERVICE,

12

13                          Defendant.

CASE NO. 2:25-cv-00766-JNW

ORDER DENYING LEAVE TO FILE
AMICUS BRIEF

14        Plaintiffs Compass, Inc. and Compass Washington, LLC (collectively,

15   "Compass") have pursued this antitrust case against Northwest Multiple Listing

16   Service ("NWMLS"), alleging that NWMLS has unlawfully limited competition in

17   the Seattle real estate market. Dkt. No. 1 at 1–2. Compass asserts that NWMLS is

18   owned and controlled by competing real estate brokers who engage in

19   anticompetitive conduct to manipulate Seattle housing prices. *Id.* at 10.

20        On June 30, 2025, NWMLS moved to dismiss for failure to state a claim. Dkt.

21   No. 27. On July 23, nonparty MindCast AI LLC requested leave to file an amicus

22   brief. Dkt. No. 39. MindCast AI purports to be an "artificial intelligence law and

23

**ORDER** DENYING LEAVE TO FILE AMICUS BRIEF - 1

economics analysis platform that specializes in institutional behavior modeling and cross-jurisdictional strategic analysis." Dkt. No. 39 at 1. It argues that the Court should accept its brief because its "cognitive AI analysis . . . has identified patterns in Compass's litigation strategy," showing that Compass has a national, coordinated litigation campaign. *Id.* at 2. It asserts that its brief will assist the Court by revealing the broader context of Compass's nationwide litigation strategy, and by "[o]ffering insights into the long-term consequences of various legal outcomes based on institutional behavior modeling." *Id.* at 3.

"There is no inherent right to file an amicus curiae brief with the Court." *Long v. Coast Resorts, Inc.*, 49 F. Supp. 2d 1177, 1178 (D. Nev. 1999). "It is left entirely to the discretion of the Court." *Id.* (citing *Fluor Corporation and Affiliates v. United States*, 35 Fed. Cl. 284, 285 (1996)); *see Raiser v. Kleeger*, Case No. CV 21-9344, 2022 WL 1903133, at *1 (C.D. Cal. Apr. 7, 2022) (quoting *Long* with approval). Ultimately, courts accept amicus briefs when they find them "timely and useful." *Elias v. Wynn Las Vegas, LLC*, Case No. 2:23-cv-02111, 2025 WL 489982, at *2 (Feb. 13, 2025) (quoting *Long*, 49 F. Supp. 2d at 1178).

The Court does not find MindCast AI's insights about Compass's litigation strategies helpful in deciding the pending motion to dismiss. Additionally, the motion to dismiss is fully briefed already, and extending the briefing schedule to allow for MindCast AI's brief would needlessly delay resolution of the motion.

**ORDER** DENYING LEAVE TO FILE AMICUS BRIEF - 2

1    Accordingly, the Court ORDERS that MindCast AI's motion for leave to file

2    amicus brief is DENIED. Dkt. No. 39.

3    Dated this 12th day of August, 2025.

4

5                            Jamal N. Whitehead
                             United States District Judge