The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MULTIPLE LISTING SERVICE,<br><br>Defendant. | Case No. 2:25-cv-00766-JNW<br><br>**STIPULATED NOTICE OF EXTENSION OF PRETRIAL DEADLINES** |

As authorized by Judge Whitehead's Chambers Procedures, the Parties have agreed to extend the following deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of Expert Testimony/Reports Under FRCP 26(a)(2) | November 10, 2025 | December 10, 2025 |
| Disclosure of Rebuttal Expert Testimony/Reports Under FRCP 26(a)(2) | Within 30 days after the other party's expert disclosure | January 12, 2026 |
| Discovery Completed | January 9, 2026 | January 23, 2026 |

STIPULATED NOTICE OF EXTENSION OF PRETRIAL DEADLINES - 1

| Discovery Motions Due | December 10, 2025 | February 2, 2026 |

The parties request that the Clerk of the Court reset the deadlines as noticed.

STOEL RIVES LLP

s/Harrison L.E. Owens
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Christopher R. Osborn, WSBA No. 13608
chris.osborn@stoel.com
Harrison L.E. Owens, WSBA No. 51577
harrison.owens@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900

Claude Szyfer (*pro hac vice*)
claude.szyfer@hoganlovells.com
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Telephone: 212-918-3000

Liam Phibbs (*pro hac vice*)
liam.phibbs@hoganlovells.com
Holden Steinhauer
holden.steinhauer@hoganlovells.com
Hogan Lovells US LLP
Columbia Square
555 Thirteenth St. NW
Washington, DC 20004-1109
Telephone: 202-637-5600

*Attorneys for Defendant Northwest Multiple Listing Service*

COOLEY LLP

s/Deepti Bansal
Christopher R Durbin, WSBA No. 41159
cdurbin@cooley.com
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 452-8700
Fax: (206) 452-8800

Deepti Bansal (*pro hac vice*)
dbansal@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899

Sarah M. Topol (*pro hac vice*)
stopol@cooley.com
Alessandra V. Rafalson (*pro hac vice*)
arafalson@cooley.com
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Attorneys for Plaintiffs Compass, Inc. and Compass Washington, LLC*

STIPULATED NOTICE OF EXTENSION OF PRETRIAL DEADLINES - 2