THE HONORABLE JAMAL N. WHTEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MULTIPLE LISTING SERVICE,<br><br>Defendant. | Case No. 2:25-cv-00766<br><br>STIPULATED MOTION TO AMEND CASE SCHEDULE<br><br>NOTE ON MOTION CALENDAR:<br>December 5, 2025 |

Defendant Northwest Multiple Listing Service ("**NWMLS**") and Plaintiffs Compass, Inc. and Compass Washington, LLC (collectively, "**Compass**") stipulate and move the Court for an order amending the current Case Schedule (Dkt. 54).

The Court may amend the case schedule for good cause. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6); *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992); *Thykkuttathil v. Keese*, 294 F.R.D. 601, 603 (W.D. Wash. 2013) (finding good cause where portions of discovery were delayed pending the court's ruling on a motion). Such good cause exists here. NWMLS' motion to dismiss, Dkt. 27, was fully briefed on July 28, 2025, argued on September 30, and has thus been pending for most of the discovery period. Should NWMLS' motion be granted in part

STIPULATED MOTION TO AMEND CASE SCHEDULE- 1

1  or denied, NWMLS will then answer the complaint and intends to assert counterclaims. Document
2  discovery is in process. To date, no depositions have been scheduled or taken.

3  Under the current case schedule, the close of both fact and expert discovery is January 23,
4  2025. Dkt. 54. That leaves insufficient time for the parties to complete discovery, especially where,
5  as here, NWMLS' motion to dismiss remains pending and NWMLS has yet to answer the
6  complaint and assert its affirmative defenses and counterclaims against Compass.

7  The parties stipulate to entry of an order amending the case schedule as follows. The parties
8  have added deadlines, as noted, to address substantial completion of written discovery, and to
9  phase fact and expert discovery deadlines.

| Event | Current | Proposed |
|---|---|---|
| Written Discovery Substantially Complete | | January 30. 2026 |
| Fact Discovery Completed | January 23, 2025 | March 6, 2026 |
| Discovery Motions Completed | February 2, 2026 | March 20, 2026 |
| Disclosure of Expert Witness Reports | December 10, 2025 | March 27, 2026 |
| Disclosure of Rebuttal Expert Reports | January 12, 2026 | May 15, 2026 |
| Close of Expert Discovery | January 23, 2026 | May 29, 2026 |
| Dispositive Motions | February 9, 2026 | June 19, 2026 |
| Oppositions to Dispositive Motions | March 2, 2026 | June 30, 2026 |
| Reply ISO Dispositive Motions | March 9, 2026 | July 7, 2026 |
| Settlement Conference | April 9, 2026 | August 10, 2026 |
| Motions in *Limine* | April 29, 2026 | August 21, 2026 |
| Deposition Designations | May 18, 2026 | September 18, 2026 |
| Pretrial Order | May 18, 2026 | September 18, 2026 |

STIPULATED MOTION TO AMEND CASE SCHEDULE- 2

151284881.3 0068832-00015

**STOEL RIVES LLP**
*ATTORNEYS*
*600 University Street, Suite 3600, Seattle, WA 98101*
*Telephone 206.624.0900*

| Trial Briefs, Proposed *Voir Dire* Questions, Proposed Jury Instructions | May 26, 2026 | September 21, 2026 |
|---|---|---|
| Pretrial Conference | June 1, 2026 | September 28, 2026 |
| Jury Trial | June 8, 2026 | October 7, 2026 |

*The parties certify that this memorandum contains 396 words, in compliance with the Local Civil Rules.*

DATED: December 5, 2025.

STOEL RIVES LLP

*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
Christopher R. Osborn, WSBA No. 13608
Harrison L. Owens, WSBA No. 51577
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Email: vanessa.power@stoel.com
Email: chris.osborn@stoel.com
Email: harrison.owens@stoel.com

Claude Szyfer (*pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Telephone: 212-918-3000
Email: claude.szyfer@hoganlovells.com

Liam Phibbs (*pro hac vice*)
Hogan Lovells US LLP
Columbia Square
555 Thirteenth St. NW
Washington, DC 20004-1109
Telephone: 202-637-5600
Email: liam.phibbs@hoganlovells.com

*Attorneys for Defendant Northwest Multiple Listing Service*

COOLEY LLP

Christopher R Durbin, WSBA No. 41159
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 452-8700
Facsimile: (206) 425-8800
Email: cdurbin@cooley.com

*s/Deepti Bansal*
Deepti Bansal (*pro hac vice*)
1299 Pennsylvania Avenue, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: dbansal@cooley.com

Sarah M. Topol (*pro hac vice*)
Alessandra V. Rafalson (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: stopol@cooley.com
Email: arafalson@cooley.com

*Attorneys for Plaintiffs Compass, Inc. and Compass Washington, LLC*

STIPULATED MOTION TO AMEND CASE SCHEDULE- 3