THE HONORABLE JAMAL N. WHTEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MULTIPLE LISTING SERVICE,<br><br>Defendant. | Case No. 2:25-cv-00766<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE |

THIS MATTER came before the Court on the parties' Stipulated Motion to Amend Case Schedule (the "**Motion**"). Having considered the Motion and the records and file in this matter, and being fully advised in the premises, the Court ORDERS as follows:

1. The Motion is GRANTED; and

2. The case schedule in this matter is AMENDED as follows:

| Event | Current | Revised |
|---|---|---|
| Written Discovery Substantially Complete | | January 30. 2026 |
| Fact Discovery Completed | January 23, 2025 | March 6, 2026 |
| Discovery Motions Completed | February 2, 2026 | March 20, 2026 |

ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE- 1

151297341.2 0068832-00015

| | | |
|---|---|---|
| Disclosure of Expert Witness Reports | December 10, 2025 | March 27, 2026 |
| Disclosure of Rebuttal Expert Reports | January 12, 2026 | May 15, 2026 |
| Close of Expert Discovery | January 23, 2026 | May 29, 2026 |
| Dispositive Motions | February 9, 2026 | June 19, 2026 |
| Oppositions to Dispositive Motions | March 2, 2026 | June 30, 2026 |
| Reply ISO Dispositive Motions | March 9, 2026 | July 7, 2026 |
| Settlement Conference | April 9, 2026 | August 10, 2026 |
| Motions in *Limine* | April 29, 2026 | August 21, 2026 |
| Deposition Designations | May 18, 2026 | September 18, 2026 |
| Pretrial Order | May 18, 2026 | September 18, 2026 |
| Trial Briefs, Proposed *Voir Dire* Questions, Proposed Jury Instructions | May 26, 2026 | September 21, 2026 |
| Pretrial Conference | June 1, 2026 | September 28, 2026 |
| Jury Trial | June 8, 2026 | October 7, 2026 |

DATED this 8th day of December, 2025.

_____
The Honorable Jamal N. Whitehead

ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE- 2

151297341.2 0068832-00015