# EXHIBIT D



November 18, 2025

Vanessa Soriano Power
600 University Street, Suite 3600
Seattle, WA 98101
D. 206.386.7553
vanessa.power@stoel.com

**VIA E-MAIL STOPOL@COOLEY.COM**

Sarah M. Topol
Cooley LLP
55 Hudson Yards
New York, NY 10001

**Re:**     ***Compass, Inc. v. Northwest Multiple Listing Service***
**W.D. Wash. Case No. 25-cv-00766-JNW**
**Request for Conferrral re Discovery Deficiencies**

Dear Sarah:

By this letter, Northwest Multiple Listing Service ("NWMLS") seeks to confer with Plaintiffs Compass, Inc. and Compass Washington, LLC ("Compass") regarding the status of Compass's discovery responses. Setting aside the parties' respective searches of custodial files, which are pending final agreement on custodians and terms, this letter addresses the deficiencies in Compass's production of non-custodial documents.

To date, Compass has produced only 18 documents totaling 315 pages. Four of the documents are SEC filings; one of the documents is an LLC agreement; and nine of the documents are listing agreements. At least two are completely illegible (*see* CNW_COMP_00000309 and CNW_COMP_00000286). Please provide legible copies of these two documents. Please also advise of your availability to confer this week regarding the status of Compass' production of non-custodial documents.

Very truly yours,

Vanessa Soriano Power

cc:     Counsel of Record

EXHIBIT D, PAGE 01 OF 01