# EXHIBIT F

| | |
|---|---|
| **From:** | Egoul, Sarah Topol <segoul@cooley.com> |
| **Sent:** | Friday, December 5, 2025 8:40 AM |
| **To:** | Power, Vanessa Soriano; Rafalson, Alessandra Vittoria |
| **Cc:** | Bansal, Dee; Fisher, Courtney; Haykin, Margaret; Claude Szyfer (claude.szyfer@hoganlovells.com); Owens, Harrison L.; Osborn, Chris R.; Phibbs, Liam E. |
| **Subject:** | RE: Compass v. NWMLS - Case Schedule [SR-ACTIVE.FID6073816] |

Thanks very much.

**Sarah Topol Egoul**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6451 office
+1 603 361 1922 mobile

---

**From:** Power, Vanessa Soriano <vanessa.power@stoel.com>
**Sent:** Friday, December 5, 2025 11:30 AM
**To:** Egoul, Sarah Topol <segoul@cooley.com>; Rafalson, Alessandra Vittoria <arafalson@cooley.com>
**Cc:** Bansal, Dee <dbansal@cooley.com>; Fisher, Courtney <cfisher@cooley.com>; Haykin, Margaret <mhaykin@cooley.com>; Claude Szyfer (claude.szyfer@hoganlovells.com) <claude.szyfer@hoganlovells.com>; Owens, Harrison L. <harrison.owens@stoel.com>; Osborn, Chris R. <chris.osborn@stoel.com>; Phibbs, Liam E. <liam.phibbs@hoganlovells.com>
**Subject:** RE: Compass v. NWMLS - Case Schedule [SR-ACTIVE.FID6073816]

Hi Sarah,

Your edits have been accepted. We'll get the stipulated motion on file now.

I believe only Compass is subject to the affirmative expert report deadline at this point, as NWMLS has yet to answer, assert defenses, or counterclaims. We do agree to hold the expert deadlines in abeyance pending entry of an amended case schedule.

Best,
Vanessa

**Vanessa Soriano Power** | Stoel Rives LLP | Partner
Direct: (206) 386-7553 | Mobile: (206) 696-1324

---

**From:** Egoul, Sarah Topol <segoul@cooley.com>
**Sent:** Thursday, December 4, 2025 3:43 PM
**To:** Power, Vanessa Soriano <vanessa.power@stoel.com>; Rafalson, Alessandra Vittoria <arafalson@cooley.com>
**Cc:** Bansal, Dee <dbansal@cooley.com>; Fisher, Courtney <cfisher@cooley.com>; Haykin, Margaret <mhaykin@cooley.com>; Claude Szyfer (claude.szyfer@hoganlovells.com) <claude.szyfer@hoganlovells.com>; Owens, Harrison L. <harrison.owens@stoel.com>; Osborn, Chris R. <chris.osborn@stoel.com>; Phibbs, Liam E. <liam.phibbs@hoganlovells.com>
**Subject:** RE: Compass v. NWMLS - Case Schedule [SR-ACTIVE.FID6073816]

EXHIBIT F, PAGE 01 OF 08

Thanks, Vanessa.  Our minor edits are reflected in the attached.  If these are acceptable to you, you can e-sign for Dee and file.

Please also confirm that you agree that the parties' obligation to exchange expert reports is in abeyance pending resolution of this motion.

**Sarah Topol Egoul**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6451 office
+1 603 361 1922 mobile

---

**From:** Power, Vanessa Soriano <vanessa.power@stoel.com>
**Sent:** Thursday, December 4, 2025 2:46 PM
**To:** Egoul, Sarah Topol <segoul@cooley.com>; Rafalson, Alessandra Vittoria <arafalson@cooley.com>
**Cc:** Bansal, Dee <dbansal@cooley.com>; Fisher, Courtney <cfisher@cooley.com>; Haykin, Margaret <mhaykin@cooley.com>; Claude Szyfer (claude.szyfer@hoganlovells.com) <claude.szyfer@hoganlovells.com>; Owens, Harrison L. <harrison.owens@stoel.com>; Osborn, Chris R. <chris.osborn@stoel.com>; Phibbs, Liam E. <liam.phibbs@hoganlovells.com>
**Subject:** RE: Compass v. NWMLS - Case Schedule [SR-ACTIVE.FID6073816]

Hi Sarah,

In an effort to compromise in good faith, NWMLS has accepted Compass' suggested dates. NWMLS reserves the right to seek further extension in the future.

Attached are a draft stipulated motion and proposed form of order. If these are agreeable, please confirm authorization to include your local counsel's signature and we will get the motion filed.

Thanks,
Vanessa

**Vanessa Soriano Power** | Stoel Rives LLP | Partner
Direct: (206) 386-7553 | Mobile: (206) 696-1324

---

**From:** Egoul, Sarah Topol <segoul@cooley.com>
**Sent:** Thursday, December 4, 2025 7:15 AM
**To:** Power, Vanessa Soriano <vanessa.power@stoel.com>; Rafalson, Alessandra Vittoria <arafalson@cooley.com>
**Cc:** Bansal, Dee <dbansal@cooley.com>; Fisher, Courtney <cfisher@cooley.com>; Haykin, Margaret <mhaykin@cooley.com>; Claude Szyfer (claude.szyfer@hoganlovells.com) <claude.szyfer@hoganlovells.com>; Owens, Harrison L. <harrison.owens@stoel.com>; Osborn, Chris R. <chris.osborn@stoel.com>; Phibbs, Liam E. <liam.phibbs@hoganlovells.com>
**Subject:** RE: Compass v. NWMLS - Case Schedule [SR-ACTIVE.FID6073816]

Vanessa,

Please let us know if we are in agreement on the schedule and if so, when we can expect you to send a draft of the joint motion.  We are available to meet and confer if any outstanding issues remain.  And likely goes without saying, but will you please also confirm we are in agreement that the parties' obligation to exchange expert reports is in abeyance pending resolution of the forthcoming joint motion to modify the schedule?

Best,
Sarah

**Sarah Topol Egoul**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6451 office
+1 603 361 1922 mobile

---

**From:** Egoul, Sarah Topol
**Sent:** Wednesday, December 3, 2025 11:55 AM
**To:** 'Power, Vanessa Soriano' <vanessa.power@stoel.com>; Rafalson, Alessandra Vittoria <arafalson@cooley.com>
**Cc:** Bansal, Dee <dbansal@cooley.com>; Fisher, Courtney <cfisher@cooley.com>; Haykin, Margaret <mhaykin@cooley.com>; Claude Szyfer (claude.szyfer@hoganlovells.com) <claude.szyfer@hoganlovells.com>; Owens, Harrison L. <harrison.owens@stoel.com>; Osborn, Chris R. <chris.osborn@stoel.com>; Phibbs, Liam E. <liam.phibbs@hoganlovells.com>
**Subject:** RE: Compass v. NWMLS - Case Schedule [SR-ACTIVE.FID6073816]

Vanessa,

Thanks for your response. Needless to say, we disagree with your characterization of the status of discovery to date. As you know, Compass served its discovery requests on NWMLS in June. NWMLS chose not to serve its requests until two months later. Compass began rolling custodial productions in half of the time it has taken NWMLS. We are reviewing your production of last night, but it appears also to contain only non-custodial documents, as the custodian of every document you produced is "NWMLS."

Regardless, in an effort to compromise in good faith, we are willing to agree to much of your most recent schedule modification. We have proposed a few minor changes to account for the Court's preference with regard to the timing of dispositive motions in advance of trial, as well as to account for the Labor Day holiday, as indicated in the below chart. If this is acceptable, please circulate a draft of the motion you propose filing. We are available to discuss if helpful.

Best,
Sarah

| Event | Compass Proposal | NWMLS Counter | Compass Counter |
|---|---|---|---|
| Substantial completeness | 1/20/2026 | 1/30/2026 | Agreed. |
| Fact Discovery Completed | 2/24/2026 | 3/6/2026 | Agreed. |
| Discovery Motions Completed | 3/2/2026 | 3/20/2026 | Agreed. |
| Expert Report Exchange | 3/16/2026 | 3/27/2026 | Agreed. |
| Expert Rebuttal Report Exchange | 4/2/2026 | 5/15/2026 | Agreed. |
| Close of Expert Discovery | 4/17/2026 | 5/29/2026 | Agreed. |

| Dispositive Motions | 5/1/2026 | 6/19/2026 | 6/9/2026 (to preserve the Court's preference for dispositive motions due 120 days in advance of trial) |
|---|---|---|---|
| Opposition to Dispositive Motions | 5/22/2026 | 7/10/2026 | 6/30/2026 (to preserve the Court's preference for timing of dispositive motions in advance of trial) |
| Reply ISO Dispositive Motions | 5/29/2026 | 7/24/2026 | 7/7/2026 (to preserve the Court's preference for timing of dispositive motions in advance of trial) |
| Settlement Conference | 7/27/2026 | 8/10/2026 | Agreed. |
| Motions in Limine | 8/14/2026 | 8/21/2026 | Agreed. |
| Depo Designations | 9/1/2026 | 9/7/2026 | 9/18/2026 (9/7 is Labor Day, and we have moved this to be consistent with the Court's preference for this date 21 days in advance of trial) |
| Pretrial order | 9/1/2026 | 9/7/2026 | 9/18/2026 (9/7 is Labor Day, and we have moved this to be consistent with the Court's preference for this date 21 days in advance of trial) |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | 9/9/2026 | 9/21/2026 | Agreed. |
| Pretrial Conference | 9/14/2026 | 9/28/2026 | Agreed. |
| Jury Trial | 9/23/2026 | 10/7/2026 | Agreed. |

**Sarah Topol Egoul**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6451 office
+1 603 361 1922 mobile

---

**From:** Power, Vanessa Soriano <vanessa.power@stoel.com>
**Sent:** Tuesday, December 2, 2025 8:00 PM
**To:** Egoul, Sarah Topol <segoul@cooley.com>; Rafalson, Alessandra Vittoria <arafalson@cooley.com>
**Cc:** Bansal, Dee <dbansal@cooley.com>; Fisher, Courtney <cfisher@cooley.com>; Haykin, Margaret <mhaykin@cooley.com>; Claude Szyfer (claude.szyfer@hoganlovells.com) <claude.szyfer@hoganlovells.com>; Owens, Harrison L. <harrison.owens@stoel.com>; Osborn, Chris R. <chris.osborn@stoel.com>; Phibbs, Liam E. <liam.phibbs@hoganlovells.com>
**Subject:** RE: Compass v. NWMLS - Case Schedule [SR-ACTIVE.FID6073816]

Hi Sarah,

Thank you for Compass' response. Your characterization of the status of discovery is inaccurate. As you are well aware, both Compass and NWMLS have yet to reach agreement on custodians for custodial file collection and

review. Likewise, both Compass and NWMLS are in the midst of rolling productions. Further, NWMLS produced custodial documents with its initial productions that included re-production of material produced in response to CIDs.

Compass' proposal fails to account for the fact that NWMLS has yet to answer the complaint or assert its counterclaims, to which Compass will then need to respond, all likely requiring further discovery related to claims, defenses, and damages. NWMLS has adjusted its proposed case schedule in the table below.

If the parties reach agreement, we will draft a proposed stipulated motion for review. We'll wait to hear your response.

Best regards,
Vanessa

| Event | Compass Proposal | NWMLS Counter |
|---|---|---|
| Substantial completeness | 1/20/2026 | 1/30/2026 |
| Fact Discovery Completed | 2/24/2026 | 3/6/2026 |
| Discovery Motions Completed | 3/2/2026 | 3/20/2026 |
| Expert Report Exchange | 3/16/2026 | 3/27/2026 |
| Expert Rebuttal Report Exchange | 4/2/2026 | 5/15/2026 |
| Close of Expert Discovery | 4/17/2026 | 5/29/2026 |
| Dispositive Motions | 5/1/2026 | 6/19/2026 |
| Opposition to Dispositive Motions | 5/22/2026 | 7/10/2026 |
| Reply ISO Dispositive Motions | 5/29/2026 | 7/24/2026 |
| Settlement Conference | 7/27/2026 | 8/10/2026 |
| Motions in Limine | 8/14/2026 | 8/21/2026 |
| Depo Designations | 9/1/2026 | 9/7/2026 |
| Pretrial order | 9/1/2026 | 9/7/2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | 9/9/2026 | 9/21/2026 |
| Pretrial Conference | 9/14/2026 | 9/28/2026 |
| Jury Trial | 9/23/2026 | 10/7/2026 |

Thanks,
Vanessa

**Vanessa Soriano Power** | Stoel Rives LLP | Partner
Direct: (206) 386-7553 | Mobile: (206) 696-1324

---

**From:** Egoul, Sarah Topol <segoul@cooley.com>
**Sent:** Monday, December 1, 2025 2:45 PM

**To:** Power, Vanessa Soriano <vanessa.power@stoel.com>; Rafalson, Alessandra Vittoria <arafalson@cooley.com>
**Cc:** Bansal, Dee <dbansal@cooley.com>; Fisher, Courtney <cfisher@cooley.com>; Haykin, Margaret <mhaykin@cooley.com>; Claude Szyfer (claude.szyfer@hoganlovells.com) <claude.szyfer@hoganlovells.com>; Owens, Harrison L. <harrison.owens@stoel.com>; Osborn, Chris R. <chris.osborn@stoel.com>; Phibbs, Liam E. <liam.phibbs@hoganlovells.com>
**Subject:** RE: Compass v. NWMLS - Case Schedule [SR-ACTIVE.FID6073816]

Vanessa,

Thank you for your email. The "status of discovery" is a product of NWMLS's delinquencies throughout the discovery process, including its refusal to engage in discovery at all for months during the pendency of its motion to stay discovery, as well as its failure, to date, to produce custodial documents--despite receiving Compass's discovery requests in June and Compass's agreement to NWMLS's original search terms and custodians in September.

In the interest of negotiating in good faith, and given that you have raised this issue a number of times now, Compass offers the below counterproposal to modify the case schedule. If you agree, please send us a draft of the motion you propose filing with the Court.

We are available to meet and confer if needed.

\*\*\*

Substantial completeness - **JAN 20TH**
Fact Discovery Completed - **FEB 24TH**
Discovery Motions Completed - **MAR 2ND**
Expert Report Exchange – **MAR 16TH**
Expert Rebuttal Report Exchange- **APRIL 2ND**
Close of Expert Discovery **- APRIL 17TH**
Dispositive Motions - **MAY 1ST**
- Opp to Dispositive Motions - **MAY 22TH**
- Reply to Dispositive Motions - **MAY 29TH**

Settlement Conference - **JULY 27TH**
Motions in Limine - **AUGUST 14TH**
Depo Designations - **SEPTEMBER 1ST**
Pretrial order - **SEPTEMBER 1ST**
Trial briefs, proposed voir dire questions, and proposed jury instructions - **SEPTEMBER 9TH**
Pretrial Conference - **SEPTEMBER 14TH**
Jury Trial - **SEPTEMBER 23RD [NB September 21 is Yom Kippur]**


Sarah Topol Egoul
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6451 office
+1 603 361 1922 mobile

---

**From:** Power, Vanessa Soriano <vanessa.power@stoel.com>
**Sent:** Sunday, November 30, 2025 11:38 PM
**To:** Rafalson, Alessandra Vittoria <arafalson@cooley.com>; Egoul, Sarah Topol <segoul@cooley.com>
**Cc:** Bansal, Dee <dbansal@cooley.com>; Fisher, Courtney <cfisher@cooley.com>; Haykin, Margaret <mhaykin@cooley.com>; Claude Szyfer (claude.szyfer@hoganlovells.com) <claude.szyfer@hoganlovells.com>; Owens,

Harrison L. <harrison.owens@stoel.com>; Osborn, Chris R. <chris.osborn@stoel.com>; Phibbs, Liam E. <liam.phibbs@hoganlovells.com>
**Subject:** Compass v. NWMLS - Case Schedule [SR-ACTIVE.FID6073816]

Sarah and Alessandra,

During our conferral on Monday, Nov. 24, I asked about Compass' position on the current case schedule. As you know, NWMLS has yet to answer the Complaint or assert counterclaims because its motion to dismiss remains pending. In light of that and the status of discovery, NWMLS proposes the following modifications to the case schedule. In addition, NWMLS recommends the parties agree to substantial completion of document discovery by a date certain, and suggests March 1, 2026. Finally, a change is noted below to adjust the deadline for completion of discovery motions by the discovery cutoff.

| Event | Current Deadline | Proposed |
|---|---|---|
| Disclosure of Expert Testimony/Reports under FRCP 26(a)(2) | 12/10/2025 | 4/13/2026 |
| Disclosure of Rebuttal Expert Testimony/Reports under FRCP 26(a)(2) | 1/12/2026 | 5/26/2026 |
| Discovery Completed | 1/23/2026 | 6/26/2026 |
| Discovery Motions ~~Due~~ Completed | 2/2/2026 | 6/26/2026 |
| Dispositive Motions Due | 2/9/2026 | 7/10/2026 |
| Attorney Settlement Conference Deadline | 4/9/2026 | 8/10/2026 |
| Motions in Limine Due | 4/29/2026 | 8/31/2026 |
| Deposition Designations Due | 5/18/2026 | 9/21/2026 |
| Pretrial Order Due | 5/18/2026 | 9/21/2026 |
| Trial Briefs | 5/26/2026 | 9/28/2026 |
| Proposed voir dire questions | 5/26/2026 | 9/28/2026 |
| Proposed jury instructions | 5/26/2026 | 9/28/2026 |
| Pretrial Conference | 6/1/2026 | 10/12/2026 |
| Jury Trial | 6/8/2026 | 10/19/2026 |

Please let us know your thoughts. If we're in agreement, we can submit a stipulated motion to modify the case schedule. If not, please let me know your availability to confer.

Thanks,
Vanessa

**Vanessa Soriano Power** | Partner
**STOEL RIVES LLP** | 600 University Street, Suite 3600 | Seattle, WA 98101
Direct: (206) 386-7553 | Mobile: (206) 696-1324
vanessa.power@stoel.com | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.