HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MULTIPLE LISTING SERVICE,<br><br>Defendant. | Case No. 2:25-cv-00766<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Civil Rule 7(n), Defendant Northwest Multiple Listing Service ("NWMLS") submits this Notice of Supplemental Authority in Support of its pending Motion to Dismiss, Dkt. 27. Attached is the Opinion and Order issued in *Compass, Inc. v. Zillow, Inc. et al*, No. 1:5-cv-05201 (S.D.N.Y. Feb. 6, 20206).

NOTICE OF SUPPLEMENTAL AUTHORITY - 1

DATED: February 6, 2026  STOEL RIVES LLP

*/s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777
Harrison L.E. Owens, WSBA No. 51577
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Email: vanessa.power@stoel.com
Email: harrison.owens@stoel.com

Claude Szyfer (*pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Telephone: 212-918-3000
Email: claude.szyfer@hoganlovells.com

Liam Phibbs (*pro hac vice*)
Holden Steinhauer (*pro hac vice*)
Hogan Lovells US LLP
Columbia Square
555 Thirteen Street NW
Washington, DC 20004-1109
Telephone: 202-637-5600
Email liam.phibbs@hoganlovells.com
holden.steinhauer@hoganlovells.com

*Attorneys for Defendant Northwest Multiple Listing Service*

NOTICE OF SUPPLEMENTAL AUTHORITY - 2