THE HONORABLE JAMAL N. WHTEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MULTIPLE LISTING SERVICE,<br><br>Defendant. | Case No. 2:25-cv-00766<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO AMEND CASE SCHEDULE |

THIS MATTER came before the Court on the parties' Second Stipulated Motion to Amend Case Schedule (the "**Motion**"). Having considered the Motion and the records and file in this matter, and being fully advised in the premises, the Court ORDERS as follows:

1. The Motion is GRANTED; and

2. The case schedule in this matter is AMENDED as follows:

| Event | Current | Amended |
|---|---|---|
| Last Day to Produce Privilege Logs | February 18, 2026 | June 1, 2026 |
| Fact Discovery Completed | March 6, 2026 | July 2, 2026 |

ORDER GRANTING SECOND STIPULATED MOTION TO AMEND CASE SCHEDULE- 1

152066117.1 0068832-00015

| | | |
|---|---|---|
| Discovery Motions Completed | March 20, 2026 | July 20, 2026 |
| Disclosure of Expert Witness Reports | March 27, 2026 | July 27, 2026 |
| Disclosure of Rebuttal Expert Reports | May 15, 2026 | September 11, 2026 |
| Close of Expert Discovery | May 29, 2026 | September 25, 2026 |
| Dispositive Motions | June 19, 2026 | October 16, 2026 |
| Oppositions to Dispositive Motions | June 30, 2026 | November 2, 2026 |
| Reply ISO Dispositive Motions | July 7, 2026 | November 13, 2026 |
| Settlement Conference | August 10, 2026 | December 8, 2026 |
| Motions *in limine* | August 21, 2026 | December 18, 2026 |
| Deposition Designations | September 18, 2026 | January 15, 2027 |
| Pretrial Order | September 18, 2026 | January 19, 2027 |
| Trial Briefs, Proposed *Voir Dire* Questions, Proposed Jury Instructions | September 21, 2026 | January 22, 2027 |
| Pretrial Conference | September 28, 2026 | January 26, 2027 |
| Jury Trial | October 7, 2026 | February 8, 2027 |

DATED this 2nd day of March, 2026.

_____
The Honorable Jamal N. Whitehead

ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE- 2

152066117.1 0068832-00015