HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MULTIPLE LISTING SERVICE,<br><br>Defendant. | Case No. 2:25-cv-00766<br><br>DEFENDANT NWMLS'S NOTICE OF WITHDRAWAL OF MOTION TO AMEND CASE SCHEDULE (DKT. 70)<br><br>NOTED ON MOTION CALENDAR: March 2, 2026<br><br>CLERK'S ACTION REQUIRED |

On February 9, 2026, Defendant Northwest Multiple Listing Service ("NWMLS") filed a Motion for Amend Case Schedule (Dkt. 70). On March 2, 2026, the Court entered an Order (Dkt. 81) granting the parties' Second Stipulated Motion to Amend Case Schedule. As such, NWMLS now voluntarily withdraws its Motion at Dkt. 70, reserving all rights.

///
///
///
///
///
///
///

NOTICE OF WITHDRAWAL OF MOTION (DKT. 70) - 1

152196275.1 0068832-00015

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

| | |
|---|---|
| 1  DATED: March 2, 2026 | STOEL RIVES LLP |
| 2 | *s/ Vanessa Soriano Power* |
| | Vanessa Soriano Power, WSBA No. 30777 |
| 3 | Harrison L. Owens, WSBA No. 51577 |
| | 600 University Street, Suite 3600 |
| 4 | Seattle, WA 98101 |
| | Telephone: (206) 624-0900 |
| 5 | Email: vanessa.power@stoel.com |
| | Email: harrison.owens@stoel.com |

Claude Szyfer (*pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Telephone: 212-918-3000
Email: claude.szyfer@hoganlovells.com

Liam Phibbs (*pro hac vice*)
Hogan Lovells US LLP
Columbia Square
555 Thirteenth St. NW
Washington, DC 20004-1109
Telephone: 202-637-5600
Email: liam.phibbs@hoganlovells.com

*Attorneys for Defendant*
*Northwest Multiple Listing Service*

NOTICE OF WITHDRAWAL OF MOTION (DKT. 70) - 2