Gregory V. Alkema, REALTOR®, CRB
California DRE #01915968
RealEstateCrusade.com
Greg@GregAlkema.com (mailto:Greg@GregAlkema.com)
(916) 626-9464

April __, 2026

Clerk of Court:

United States District Court
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED    MAIL

APR 17 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Re: Amicus Curiae Update

Case No. 2:25-cv-00766-JNW - Compass, Inc. et al. v. Northwest Multiple Listing Service

Dear Clerk:

Enclosed please find my Amicus Curiae Update in the above-referenced matter.

This supplemental filing is submitted to bring to the Court's attention a significant strategic omission in NWMLS's recently filed Answer and Counterclaims.

Specifically, despite having received my prior Amicus brief, which contains prima facie evidence of elder financial exploitation and documented seller harm, and despite awareness of the Southern District of New York proceedings in which Compass's similar claims were rejected, NWMLS has chosen not to make meaningful use of either.

In addition, Zillow's abrupt reversal from opposing off-MLS practices in the New York case to launching its own Zillow Preview product further underscores the inconsistencies in the positions being advanced.

I respectfully request that the Court consider this Update when evaluating the scope and merit of the claims and counterclaims, particularly any attempt to limit liability by reference to the future effective date of Senate Bill 6091.

A copy of this Update has been served on counsel for all parties using the same method as my original Amicus filing.

Thank you for your attention to this matter.

Respectfully submitted,

*Gregory V. Alkema*

Gregory V. Alkema, REALTOR®, CRB
California DRE #01915968
Greg@GregAlkema.com (mailto:Greg@GregAlkema.com)
(916) 626-9464

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

COMPASS, INC. et al.,

Plaintiffs,

v.

NORTHWEST MULTIPLE LISTING SERVICE,

Defendant.



FILED
LODGED
RECEIVED
MAIL

APR 17 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Case No. 2:25-cv-00766-JNW

**AMICUS CURIAE UPDATE** of Gregory V. Alkema, REALTOR®, CRB

I had previously filed an Amicus Curiae brief in this matter documenting prima facie evidence of systematic elder financial exploitation through off-MLS and limited-visibility marketing practices.

That brief included San Francisco Association of REALTORS® / RealReports data showing an average $302,000 equity loss (18.6% on $1.4 million homes), with over 40% of high-value deals involving seniors 65+, triggering California Welfare & Institutions Code §15610.30.

## This Update highlights a significant strategic omission in NWMLS's Answer and Counterclaims.

NWMLS had access to two powerful tools:

1. The Southern District of New York proceedings, in which Compass sought to force acceptance of its delayed/off-MLS listings. The court denied the preliminary injunction, after which Compass voluntarily dismissed the action.

2. My prior Amicus, which placed concrete evidence of elder financial exploitation and massive documented seller harm before this Court and before NWMLS CEO Justin Haag.

## Despite this knowledge, NWMLS has chosen <u>not</u> to make meaningful use of either.

Instead, its counterclaims focus almost exclusively on Washington's new Senate Bill 6091 (effective June 2026).

By anchoring the case to the future effective date of this statute, NWMLS risks allowing Compass to argue that its prior conduct occurred in a gray area, thereby limiting accountability for past harm.

Compounding this, Zillow, after arguing in the New York case that off-MLS practices harm the public and sellers, immediately flipped and launched Zillow Preview, its own pre-market platform that does precisely what it previously opposed.

**NWMLS has failed to highlight or leverage this direct reversal.**

NWMLS and Mr. Haag received my Amicus and were aware of the New York record. **They had the tools to seek a swift and decisive resolution, including <u>dismissal with prejudice</u>. They have chosen <u>not</u> to use them.**

**This Court, in its discretion, should consider whether Compass's claims (and any remaining portions of this litigation) lack sufficient merit to proceed.**

If so, the Court is respectfully requested to enter judgment with prejudice, thereby ending this matter and preventing further waste of judicial resources on claims that appear strategically narrowed to avoid full accountability.

Respectfully submitted,

Gregory V. Alkema, REALTOR®, CRB
California DRE #01915968
RealEstateCrusade.com
Greg@GregAlkema.com (mailto:Greg@GregAlkema.com)
(916) 626-9464

Dated: April 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, after delivery confirmation of the Priority Mail package to the Clerk, a true and correct copy of my update to my Amicus Curiae Brief, will be served via First-Class Mail on the following counsel of record:

**Counsel for Plaintiffs Compass, Inc. et al.:**

Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
(Attn: Christopher B. Durbin, Sarah M. Topol, Alessandra Rafalson)

**Counsel for Defendant**

Northwest Multiple Listing Service:
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
(Attn: Harrison L. Owens, Vanessa Soriano Power)


Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(Attn: Claude Szyfer)


Gregory V. Alkema, REALTOR®, CRB
California DRE #01915968
81 Hancock Drive
Roseville, CA 95678
Greg@GregAlkema.com (mailto:Greg@GregAlkema.com)
(916) 626-9464



Greg Alkeml
Hancock Drive
Roseville, CA 95678

Greg Alkema, CRB
81 Hancock Drive
Roseville, CA 95678

Sacramento P&DC 957
MON 13 APR 2026 PM

FILED
LODGED    MAIL
RECEIVED

APR 17 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

US District Court
Judge White house
700 Stewart St #2310
Seattle WA 98101

Case # 2:25-cv-00766 JNW