HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMPASS, INC. AND COMPASS
WASHINGTON, LLC

        Plaintiffs,

    v.

NORTHWEST MULTIPLE LISTING
SERVICE,

        Defendant.

Case No. 2:25-cv-00766-JNW

**DECLARATION OF VANESSA POWER IN SUPPORT OF NWMLS'S MOTION TO COMPEL COMPASS'S OUTSTANDING DISCOVERY**

I, Vanessa Soriano Power, state as follows:

1. I am an attorney practicing at Stoel Rives LLP in Seattle, Washington, and am counsel of record for Defendant Northwest Multiple Listing Service ("NWMLS") in this matter. I am over the age of 18 and have personal knowledge of the facts set forth in this declaration.

2. Attached at **Exhibit A** is a true and correct copy of Compass, Inc.'s and Compass Washington, LLC's (collectively "Compass") Responses and Objections to NWMLS's First Set of Interrogatories, served by Compass on February 19, 2026.

3. Attached at **Exhibit B** is a true and correct copy of Compass's Responses and Objections to NWMLS's First Set of Requests for Admission, served by Compass on February 19, 2026.

POWER DECLARATION IN SUPPORT OF MOTION TO COMPEL - 1
(Case No. 2:25-CV-00766-JNW)

153003458.1 0068832-00015

4.    Attached at **Exhibit C** is a true and correct copy of Compass's Responses and Objections to NWMLS's Fourth Set of Requests for Production, served by Compass on February 19, 2026.

5.    Attached at **Exhibit D** is a true and correct copy of NWMLS's letter dated March 6, 2026, directed to Compass regarding deficiencies with Compass's discovery responses.

6.    On March 20, 2026, I conferred with counsel for Compass, Natalie Peelish, regarding the discovery deficiencies identified in NWMLS's letter dated March 6, 2026. Compass's counsel agreed to confer with her client and follow up on Compass's position.

7.    Attached at **Exhibit E** is a true and correct copy of Compass's letter dated March 31, 2026.

8.    Despite agreeing to supplement and produce, Compass has failed to do so. Attached at **Exhibit F** is a true and correct copy of an email chain between counsel for NWMLS and Compass regarding Compass's outstanding discovery, dated April 20 and 21, 2026.

9.    On April 21, 2026, Compass indicated that it would follow up further on May 1, 2026. Again, Compass failed to do so. At this time, all supplemental responses that Compass agreed to provide remain outstanding.

I declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED: May 17, 2026.

*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777

POWER DECLARATION IN SUPPORT OF MOTION TO COMPEL - 2
(Case No. 2:25-CV-00766-JNW)

153003458.1 0068832-00015