| | |
|---|---|
| **From:** | Alex Baehr |
| **To:** | Power, Vanessa Soriano; Peelish, Natalie; Egoul, Sarah Topol; Dee Bansal (dbansal@cooley.com); Durbin, Christopher |
| **Cc:** | Szyfer, Claude G; "Phibbs, Liam E."; Owens, Harrison L.; Compass Matter |
| **Subject:** | RE: Compass v. NWMLS - Follow up re Compass Discovery Responses [SR-ACTIVE.FID20056047] |
| **Date:** | Tuesday, April 21, 2026 10:34:09 AM |
| **Attachments:** | image001.png |
| | image002.jpg |



Hi Vanessa,

I'll be responding to the below by no later than May 1.

Best regards, Alex.



**Alex Baehr · *Partner***

206-676-7039
alexb@SummitLaw.com



315 5th Ave S Suite 1000
Seattle, Washington 98104

---

**From:** Power, Vanessa Soriano <vanessa.power@stoel.com>
**Sent:** Monday, April 20, 2026 3:17 PM
**To:** Alex Baehr <alexb@SummitLaw.com>; Peelish, Natalie <npeelish@cooley.com>; Egoul, Sarah Topol <segoul@cooley.com>; Dee Bansal (dbansal@cooley.com) <dbansal@cooley.com>; Durbin, Christopher <cdurbin@cooley.com>
**Cc:** Szyfer, Claude G <claude.szyfer@hoganlovells.com>; 'Phibbs, Liam E.' <liam.phibbs@hoganlovells.com>; Owens, Harrison L. <harrison.owens@stoel.com>
**Subject:** Compass v. NWMLS - Follow up re Compass Discovery Responses [SR-ACTIVE.FID20056047]

Good afternoon,

I'm writing to follow up on Natalie's March 31 letter. As you know, Compass issued objections to NWMLS's First Set of Interrogatories, First Requests for Admission, and Fourth RFPs on February 19, 2026. On March 6, NWMLS identified deficiencies and asked Compass to confer. We conferred on March 20.

On March 31, Compass sent a letter indicating, among other things, that:

- Compass agreed to supplement its responses to Interrogatory Nos. 1, 2, 3, 7, 9, and 11. It has

been two months since the deficient responses were issued, yet no supplemental responses have been provided. Please provide supplemental responses by no later than Friday, April 24.

- Compass agreed to supplement its responses to Request for Admission Nos. 4 and 10. It has been two months since the deficient responses were issued, yet no supplemental responses have been provided. Please provide supplemental responses by no later than Friday, April 24.

In its responses to NWMLS's Fourth RFPs, on February 19, Compass indicated that it would produce supplemental documents. It has been over two months. Compass has made no supplemental production. Please provide the promised supplemental production by no later than Friday, April 24.

Finally, your March 31 letter indicates that Compass maintains its position that RFA Nos. 3, 7, 9, and 11-14 contain "vague and ambiguous" language. For clarity:

- RFA 3 seeks an admission that as a member of NWMLS, Compass was on notice that under the NWMLS Data Use Policy and related license agreement, NWMLS reserved the right to enforce NWMLS Rules by suspending access to the NWMLS IDX data feed. Please address this RFA by no later than Friday, April 24.

- RFAs 7, 9, 11-14 contain terms that are commonly used and understood, such as "compensation," "utilizing," "Compass-affiliated agent," "Compass website," and "Compass brokerage office." Our letter dated March 6 identified where Compass itself has used the terms. We trust that Compass's own use of the terms is sufficient clarification to understand their meaning, and remain puzzled that Compass is standing on such objections. Please address these RFAs by no later than Friday, April 24.

Best regards,
Vanessa

**Vanessa Soriano Power** | Partner
**STOEL RIVES LLP** | 600 University Street, Suite 3600 | Seattle, WA 98101
Direct: (206) 386-7553 | Mobile: (206) 696-1324
vanessa.power@stoel.com | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.