THE HONORABLE JAMAL N. WHTEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMPASS, INC. AND COMPASS
WASHINGTON, LLC

Plaintiffs,

v.

NORTHWEST MULTIPLE LISTING
SERVICE,

Defendant.

Case No. 2:25-cv-00766

**[PROPOSED] ORDER GRANTING
NWMLS'S MOTION TO COMPEL
COMPASS'S OUTSTANDING
DISCOVERY**

THIS MATTER came before the Court on Defendant Northwest Multiple Listing Service's ("NWMLS") Motion Compel Compass's Outstanding Discovery. Having considered the Motion, responsive and reply filings, and the records and file in this matter, and being otherwise fully advised in the premises, the Court **ORDERS**:

1. NWMLS's Motion Compel Compass's Outstanding Discovery is **GRANTED**.

2. Within two (2) court days of entry of this Order, Compass is directed to:

   a. Supplement responses to NWMLS's First Set of Interrogatory Nos. 1, 2, 3, 7, 9, and 11;

   b. Supplement responses to NWMLS's Request for Admission Nos. 4 and 10; and

[PROPOSED] ORDER GRANTING MOTION TO COMPEL - 1

153003552.1 0068832-00015

c.    Make a full production of documents and data sets responsive to NWMLS's Fourth Set of Requests for Production Nos. 95, 96, 97, and 99.

3.    NWMLS's request for reimbursement of attorney's fees and costs incurred in bringing the Motion is **GRANTED.** Within 14 days of entry of this Order, NWMLS shall file a declaration in support of its fee request.

SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Jamal N. Whitehead

Presented by:

STOEL RIVES LLP

/s/ Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
Rachel Hay, WSBA No. 60245
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Email: vanessa.power@stoel.com
Email: rachel.hay@stoel.com

Claude Szyfer (*pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Telephone: 212-918-3000
Email: claude.szyfer@hoganlovells.com

Liam Phibbs (*pro hac vice*)
Holden Steinhauer (*pro hac vice)*
Hogan Lovells US LLP
Columbia Square
555 Thirteen Street NW
Washington, DC  20004-1109
Telephone: 202-637-5600
Email liam.phibbs@hoganlovells.com holden.steinhauer@hoganlovells.com

*Attorneys for Defendant Northwest Multiple Listing Service*

[PROPOSED] ORDER GRANTING MOTION TO COMPEL - 2

153003552.1 0068832-00015