HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMPASS, INC. AND COMPASS
WASHINGTON, LLC

           Plaintiffs,

      v.

NORTHWEST MULTIPLE LISTING
SERVICE,

           Defendant.

Case No. 2:25-cv-00766-JNW

**DECLARATION OF VANESSA POWER IN SUPPORT OF NWMLS'S MOTION TO COMPEL MICHAEL ORBINO'S SUBPOENA RESPONSE**

I, Vanessa Soriano Power, state as follows:

1.      I am an attorney practicing at Stoel Rives LLP in Seattle, Washington, and am counsel of record for Defendant Northwest Multiple Listing Service ("NWMLS") in this matter. I am over the age of 18 and have personal knowledge of the facts set forth in this declaration.

2.      On December 17, 2025, NWMLS served a valid subpoena *duces tecum* (the "Subpoena") on Michael Orbino, a third-party Compass broker.

3.      Attached as **Exhibit A** is a true and correct copy of the Subpoena, dated December 17, 2025. The Subpoena sets forth 11 Requests for Production, each of which are relevant to Compass's specific allegations and NWMLS's defenses. NWMLS is not seeking any privileged communications.

POWER DECLARATION IN SUPPORT OF
MOTION TO COMPEL ORBINO - 1
(Case No. 2:25-CV-00766-JNW)

**STOEL RIVES** LLP
**ATTORNEYS**
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

153125980.1 0068832-00015

4.      The Subpoena is proportionate to the needs of the case and the document requests are narrowly targeted to address the claims and defenses at issue. This case centers largely on the legality of Compass's rollout of its 3-Phased Price Discovery and Marketing Strategy ("3PM") in Washington State. NWMLS's corresponding document requests seek relevant information related to Mr. Orbino's participation in and correspondence regarding 3PM, including the incentives Compass offered and representations Compass made about the program.

5.      Attached as **Exhibit B** is a true and correct copy of the Declaration of Service, dated December 22, 2025.

6.      On January 9, 2026, one week past the response deadline set forth in the Subpoena, Mr. Orbino's attorney emailed counsel for NWMLS, advising that he had been retained by Mr. Orbino with respect to the Subpoena.

7.      On January 12, 2026, counsel for NWMLS met and conferred with counsel for Mr. Orbino. As a professional courtesy, NWMLS accepted Mr. Orbino's request to provide responses and objections to the Subpoena by January 14, 2026. NWMLS confirmed the parties' understanding of the January 14 deadline by way of email follow-up after the meeting.

8.      Attached as **Exhibit C** is a true and correct copy of the correspondence between Mr. Orbino's attorney and counsel for NWMLS, dated January 9-12, 2026, confirming that Mr. Orbino was represented by counsel and was required to respond to the subpoena by January 14, 2026.

9.      On March 3, 2026, counsel for NWMLS sent a letter to counsel for Mr. Orbino which documented NWMLS's repeated requests for a response. The letter noted that, per Fed. R. Civ. P. 45(d)(2)(B), the deadline to assert objections had expired and any objections were waived. NWMLS requested that Mr. Orbino produce responsive, non-privileged documents by March 6, 2026, or provide availability for a meet-and-confer. Attached as **Exhibit D** is a true and correct copy of the letter sent to counsel for Mr. Orbino, dated March 3, 2026.

POWER DECLARATION IN SUPPORT OF
MOTION TO COMPEL ORBINO - 2
(Case No. 2:25-CV-00766-JNW)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

10. On March 11, 2026, counsel for NWMLS and Mr. Orbino met and conferred, at which time counsel stated that Mr. Orbino agreed to produce all responsive documents to NWMLS by March 18, 2026. Attached as **Exhibit E** is a true and correct copy of email correspondence between Mr. Orbino's attorney and counsel for NWMLS confirming Mr. Orbino's intent to produce responsive documents by March 11, 2026, dated March 9, 2026.

11. On March 19, 2026, Mr. Orbino provided his responses and objections to counsel for NWMLS, promising to "forward the production separately." However, no such production was ever provided. Attached as **Exhibit F** is a true and correct copy of Mr. Orbino's Responses and Objections to Northwest Multiple Listing Service's Document Subpoena and the email from counsel attaching the same, dated March 19, 2026.

12. Mr. Orbino's responses and objections stated he would provide responsive, non-privileged documents to the vast majority of NWMLS's document requests. Specifically, Mr. Orbino represented in his responses that he "is producing":

   a. "non-privileged email and text communications sent to or received by Plaintiffs, concerning the rollout of the 3-Phased Price Discovery and Marketing Strategy in the Seattle and King County area, to the extent any are identified after a Reasonable Search." (Ex. F, Response to Request No. 1.)

   b. "non-privileged email and text communications sent to home sellers, concerning the 3-Phased Price Discovery and Marketing Strategy in the Seattle and King County area, to the extent any are identified after a Reasonable Search." (*Id.* at Response to Request No. 2.)

   c. "non-privileged email and text communications sent to or received by Compass or non-Compass brokers, concerning any property marketed using the 3-Phased Price Discovery and Marketing Strategy in the Seattle and King County area, to the extent any are identified after a Reasonable Search." (*Id.* at Response to Request No. 3.)

POWER DECLARATION IN SUPPORT OF
MOTION TO COMPEL ORBINO - 3
(Case No. 2:25-CV-00766-JNW)

153125980.1 0068832-00015

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

13.    Mr. Orbino further submitted that he "will produce" the following categories of documents:

    a.    "listing agreements for properties which Mr. Orbino served as the listing agent, where the property was marketed with Compass's 3-Phased Price Discovery and Marketing Strategy in Washington, to the extent any are identified after a Reasonable Search." (*Id.* at Response to Request No. 6.)

    b.    "buyer representation agreements for any buyers Mr. Orbino represented in connection with the purchase of a property in Washington marketed using Compass's 3-Phased Price Discovery and Marketing Strategy, to the extent any are identified after a Reasonable Search. Mr. Orbino **will also produce** seller representation agreements for any seller Mr. Orbino represented in connection with the sale of a property in Washington marketed using Compass's 3-Phased Price Discovery and Marketing Strategy, to the extent any are identified after a Reasonable Search." (*Id.* at Response to Request No. 7) (emphasis added).)

    c.    "non-privileged email and text communications sent to or received by Compass or non-Compass brokers and Plaintiffs, concerning NWMLS's rules as they relate to Compass's 3-Phased Price Discovery and Marketing Strategy, to the extent any are identified after a Reasonable Search." (*Id.* at Response to Request No. 8.)

    d.    "non-privileged email and text communications sent to or received by Compass or non-Compass brokers and Plaintiffs, concerning NWMLS's Bylaws as they relate to Compass's 3-Phased Price Discovery and Marketing Strategy, to the extent any are identified after a Reasonable Search." (*Id.* at Response to Request No. 9.)

    e.    "documents sufficient to show compensation paid to Mr. Orbino by any seller or buyer in connection with any property sold in Washington that used

POWER DECLARATION IN SUPPORT OF
MOTION TO COMPEL ORBINO - 4
(Case No. 2:25-CV-00766-JNW)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

153125980.1 0068832-00015

Compass's 3-Phased Price Discovery and Marketing Strategy, to the extent any are identified after a Reasonable Search." (*Id.* at Response to Request No. 10.)

    f.   "non-privileged email and text communications sent to or received by Compass or non-Compass brokers and Plaintiffs, concerning NWMLS's suspension of Compass's IDX feed, to the extent any are identified after a Reasonable Search." (*Id.* at Response to Request No. 11.)

14.     After several more days passed without the promised production of corresponding documents, counsel for NWMLS again reached out to counsel for Mr. Orbino, observing that "document productions are long overdue, and their delay is prejudicial to NWMLS[.]" Attached as **Exhibit G** is a true and correct copy of NWMLS's email to counsel for Mr. Orbino, dated March 23, 2026.

15.     On March 25, 2026, and March 27, 2026, counsel for NWMLS again attempted to make contact with Mr. Orbino's attorney, writing, "[t]he delays in production are inexplicable, especially given your prior representation they would be completed by March 18, and continue to prejudice NWMLS." Attached as **Exhibit H** is a true and correct copy of NWMLS's emails to counsel for Mr. Orbino, dated March 25-27, 2026.

16.     On April 1, 2026, counsel for NWMLS again emailed Mr. Orbino's attorney, stating "[t]here has been no production on behalf of Mr. Orbino" and confirming that "[a]ny objections were waived." Attached as **Exhibit I** is a true and correct copy of NWMLS's email to counsel for Mr. Orbino, dated April 1, 2026.

17.     I followed up with counsel for Mr. Orbino again on May 5 and May 22, 2026, but have received no response. To date, NWMLS has not received a single document from Mr. Orbino. NWMLS has provided Mr. Orbino multiple extensions of the deadline to make the required production, and afforded his counsel multiple opportunities to confer on the matter, but Mr. Orbino has remained largely unresponsive. In my last communication to Mr. Orbino's counsel on May 22, 2026, I advised him that absent a response, NWMLS would move to compel the records.

POWER DECLARATION IN SUPPORT OF
MOTION TO COMPEL ORBINO - 5
(Case No. 2:25-CV-00766-JNW)

153125980.1 0068832-00015

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

18.    Mr. Orbino's ongoing failure to make any production materially prejudices NWMLS's ability to assess its defenses, identify witnesses, and support expert analysis, particularly in light of the upcoming discovery cutoff of July 2, 2026.

I declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED: June 1, 2026.

*s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA No. 30777

POWER DECLARATION IN SUPPORT OF
MOTION TO COMPEL ORBINO - 6
(Case No. 2:25-CV-00766-JNW)

**STOEL RIVES** LLP
**ATTORNEYS**
**600 University Street, Suite 3600, Seattle, WA  98101**
*Telephone 206.624.0900*

153125980.1 0068832-00015

## CERTIFICATE OF SERVICE

I, Lorrie Salinas-Malins, certify that I am a resident of the State of Washington, over the age of 18 years, and not a party to the proceedings or interested therein.  My business address is that of Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, WA  98101.

On June 1, 2026, I caused a true and correct copy of the foregoing to be served on the individual(s) listed below in the following manner(s):

☐   mailing with postage prepaid

☒   hand delivery

☐   facsimile transmission

☐   overnight delivery

☒   email


W. Sean Hornbrook
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101
shornbrook@williamskastner.com


DATED:  June 1, 2026.


s/ *Lorrie Salinas-Malins*_____
Lorrie Salinas-Malins, Practice Assistant

POWER DECLARATION IN SUPPORT OF
MOTION TO COMPEL ORBINO - 7
(Case No. 2:25-CV-00766-JNW)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

153125980.1 0068832-00015