HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMPASS, INC. AND COMPASS WASHINGTON, LLC

Plaintiffs,

v.

NORTHWEST MULTIPLE LISTING SERVICE,

Defendant.

Case No. 2:25-cv-00766-JNW

SUPPLEMENTAL DECLARATION OF VANESSA POWER IN SUPPORT OF MOTION TO COMPEL COMPASS'S OUTSTANDING DISCOVERY

I, Vanessa Soriano Power, state as follows:

1. I am an attorney practicing at Stoel Rives LLP in Seattle, Washington, and am counsel of record for Defendant Northwest Multiple Listing Service ("NWMLS") in this matter. I am over the age of 18 and have personal knowledge of the facts set forth in this declaration.

2. On May 18, 2026, Compass's made a production of volume CNW_COMP_VOL009 consisting of three Excel Spreadsheet files with listing and marketing data critical to NWMLS's defenses:

    a. CNW_COMP_00200141.XLSX: 40,925 bytes. Consisting of two sheets: "Leads Generated by Market 2023-" with 73 rows and 38 columns; and "Revenue by Market 2023-2026" with 264 rows and 4 columns.

SUPPLEMENTAL POWER DECLARATION - 1
(Case No. 2:25-CV-00766-JNW)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

153167252.1 0068832-00015

b. CNW_COMP_00200142.XLSX: 25,081,523 bytes. Consisting of one sheet: "3PM_Queries__Regression(1)(1" with 69,536 rows and 55 columns.

c. CNW_COMP_00200143.XLSX: 7,822,635 bytes. Consisting of four sheets: "ReadMe" with text instructions; "column dictionary" with an 11-row map of terms and definitions; "listing detail" with 77,129 rows and 15 columns; and "exclusions summary", a true and correct copy of which is attached as Exhibit A.

3. In response to RFP No. 95, Compass made no production on May 18, 2026. Compass stated in its Response and Objections that it "has searched for these documents and produced what could be discovered" but has identified no responsive documents.

I declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED: June 8, 2026.

_____
Vanessa Soriano Power, WSBA No. 30777

SUPPLEMENTAL POWER DECLARATION - 2
(Case No. 2:25-CV-00766-JNW)

153167252.1 0068832-00015