HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMPASS, INC. AND COMPASS WASHINGTON, LLC

Plaintiffs,

v.

NORTHWEST MULTIPLE LISTING SERVICE,

Defendant.

Case No. 2:25-cv-00766-JNW

**SUPPLEMENTAL DECLARATION OF VANESSA POWER IN SUPPORT OF MOTION TO AMEND CASE SCHEDULE**

I, Vanessa Soriano Power, state as follows:

1.      I am an attorney practicing at Stoel Rives LLP in Seattle, Washington, and am counsel of record for Defendant Northwest Multiple Listing Service ("NWMLS") in this matter. I am over the age of 18 and have personal knowledge of the facts set forth in this declaration.

2.      Since asserting its counterclaims, NWMLS issued additional discovery to address facts related to its amended counterclaims.

3.      In the first few weeks of May 2026, I was engaged in discussions with Compass counsel that included consideration of potential agreement to extend the case schedule. On May 14, 2026, to further those discussions, I sent counsel for Compass a proposed stipulated amendment to the case schedule.

SUPPLEMENTAL POWER DECLARATION - 1
(Case No. 2:25-CV-00766-JNW)

153196600.1 0068832-00015

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

4.  As of May 14, 2026, the parties had secured a mediator, agreed to a location for mediation, and secured a date for mediation of June 16, 2026. On May 15, 2026, counsel for Compass notified me that Compass refused to agree to any extension of the case schedule. At the same time, counsel for Compass notified me that Compass refused to proceed with mediation if NWMLS sought a stay of the litigation during that overlapping 4-week period.

5.  Compass mischaracterizes NWMLS's document production as a "dump," ignoring that it was Compass that demanded NWMLS use overbroad search terms in its ESI review. NWMLS agreed to do so. Due to the broad search terms applied, broad results were returned and produced. Compass now apparently complains about the results returned in response to searches that Compass itself demanded.

I declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED: June 8, 2026.

_____
Vanessa Soriano Power, WSBA No. 30777

SUPPLEMENTAL POWER DECLARATION - 2
(Case No. 2:25-CV-00766-JNW)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*