THE HONORABLE JAMAL N. WHTEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMPASS, INC. AND COMPASS WASHINGTON, LLC

Plaintiffs,

v.

NORTHWEST MULTIPLE LISTING SERVICE,

Defendant.

Case No. 2:25-cv-00766

JOINT STATUS REPORT REGARDING DKT. 117

(ORDER ON PLAINTIFFS' MOTION TO COMPEL)

NOTE ON MOTION CALENDAR:
June 23, 2026

In response to the Court's Order on Plaintiffs' Motion to Compel (Dkt. No. 117), Defendant Northwest Multiple Listing Service ("NWMLS") and Plaintiffs Compass, Inc. and Compass Washington, LLC (collectively, "Compass") submit this Joint Status Report.

This confirms that undersigned counsel for the parties met and conferred on June 19, 2026. The parties advise the Court that all issues are moot and that there are no issues outstanding as of recent deposition testimony provided on June 18, 2026:

    (1)    NWMLS made additional productions responsive to Compass's First and Second Requests for Production and cured any deficiencies identified by Compass in its reply. This issue, as presented in Compass's motion to compel, is moot.

JOINT STATUS REPORT REGARDING
COMPASS'S MOTION TO COMPEL - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

(2)   The June 18, 2026 deposition testimony of Justin Haag in combination with NWMLS's supplemental responses to Interrogatory No. 3 sufficiently address Compass's concerns, as presented in Compass's motion to compel. The issue is now moot.

(3)   NWMLS took steps to address Compass's concerns regarding missing metadata fields. This issue, as presented in Compass's motion to compel, is moot.

DATED: June 23, 2026.

STOEL RIVES LLP

s/ Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
Rachel Hay, WSBA No. 60245
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Email: vanessa.power@stoel.com
Email: rachel.hay@stoel.com

Claude Szyfer (pro hac vice)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Telephone: 212-918-3000
Email: claude.szyfer@hoganlovells.com

Liam Phibbs (pro hac vice)
Hogan Lovells US LLP
Columbia Square
555 Thirteenth St. NW
Washington, DC 20004-1109
Telephone: 202-637-5600
Email: liam.phibbs@hoganlovells.com

Attorneys for Defendant
Northwest Multiple Listing Service

SUMMIT LAW GROUP

s/ Selby P. Brown
Alexander A. Baehr, WSBA No. 25320
Diana Siri Breaux, WSBA No. 46112
Eva Sharf Oliver, WSBA No. 57019
Selby P. Brown, WSBA No. 59303
Molly J. Gibbons, WSBA No. 58357
Diana Breaux, WSBA No.
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Email: alexb@summitlaw.com
Email: dianab@summitlaw.com
Email: evao@summitlaw.com
Email: selbyb@summitlaw.com
Email: mollyg@summitlaw.com

Attorneys for Plaintiffs Compass, Inc. and
Compass Washington, LLC

JOINT STATUS REPORT REGARDING
COMPASS'S MOTION TO COMPEL- 2

153377982.2 0068832-00015