THE HONORABLE JAMAL N. WHTEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MULTIPLE LISTING SERVICE,<br><br>Defendant. | Case No. 2:25-cv-00766-JNW<br><br>STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: August 31, 2026 |

Plaintiffs Compass, Inc. and Compass Washington, LLC (jointly, "Compass") and Defendant Northwest Multiple Listing Service ("NWMLS") advise the Court that the Parties have reached a settlement of all claims and counterclaims. The Parties now stipulate and jointly move the Court for an order of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Dismissal is with prejudice, and without an award of attorneys' fees or costs to any Party.



STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

DATED: August 31, 2026.

STOEL RIVES LLP

s/ Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
Rachel Hay, WSBA No. 60245
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Email: vanessa.power@stoel.com
rachel.hay@stoel.com

Claude Szyfer (*pro hac vice*)
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
Telephone: 212-918-3000
Email: claude.szyfer@hoganlovells.com

Liam Phibbs (*pro hac vice*)
Hogan Lovells US LLP
Columbia Square
555 Thirteenth St. NW
Washington, DC 20004-1109
Telephone: 202-637-5600
Email: liam.phibbs@hoganlovells.com

*Attorneys for Defendant Northwest Multiple Listing Service*

SUMMIT LAW GROUP

s/ Alexander A. Baehr
Alexander A. Baehr, WSBA No. 25320
Diana Siri Breaux, WSBA No. 46112
Selby P. Brown, WSBA No. 59303
Eva Sharf Oliver, WSBA No. 57019
Molly J. Gibbons, WSBA No. 58357
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Email: alexb@summitlaw.com
dianab@summitlaw.com
selbyb@summitlaw.com
evao@summitlaw.com
mollyg@summitlaw.com

*Attorneys for Plaintiffs Compass, Inc. and Compass Washington, LLC*