THE HONORABLE JAMAL N. WHTEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPASS, INC. AND COMPASS WASHINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MULTIPLE LISTING SERVICE,<br><br>Defendant. | Case No. 2:25-cv-00766-JNW<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE |

THIS MATTER came before the Court on the Stipulated Motion for Dismissal of All Claims and Counterclaims with Prejudice ("Stipulated Motion") filed by Plaintiffs Compass, Inc. and Compass Washington, LLC (jointly, "Compass") and Defendant Northwest Multiple Listing Service ("NWMLS"). In light of the Parties' Stipulated Motion, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court **GRANTS** the Stipulated Motion and **ORDERS**:

1. All claims and counterclaims asserted by the Parties are dismissed with prejudice.
2. Dismissal is without an award of attorneys' fees or costs to any Party.
3. All matters pending in this litigation as of the date of this Order are stricken as moot.

SO ORDERED this ____ day of ___________________, 2026.

____________________________________

The Honorable Jamal N. Whitehead
U.S. District Court Judge